IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA

      v.

KENNETH ROBINSON,

      Defendant.

Criminal Action No. 5:02-CR-054

Hon. Frederick J. Scullin, Jr.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Count 3 of Indictment No. 5:02-CR-054 against KENNETH ROBINSON, the defendant herein.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:    The defendant pled guilty to Count 2 of Indictment No. 5:02-CR-054 and pursuant to the Plea Agreement, Count 3 was to be dismissed at the time of sentencing on Count 2.

With respect to this dismissal, defendant (check one):

__X__ Consents

____ Objects

____ Has not been consulted

This dismissal is with prejudice for so long as the plea and sentence on Count 2 remain in effect.

>GLENN T. SUDDABY
>United States Attorney
>
>By:   Andrew T. Baxter
>      Assistant U.S. Attorney
>      Bar Roll No. 101114

Leave of court is granted for the filing of the foregoing dismissal.

Dated: May 3, 2006
Syracuse, New York

Hon. Frederick J. Scullin, Jr.
Chief United States District Court Judge