IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************

UNITED STATES OF AMERICA

v.

KENNETH ROBINSON,

Defendant.

*******************************

Criminal Action No. 5:02-CR-054

Hon. Frederick J. Scullin, Jr.

## ORDER

WHEREAS, in paragraph 1c of the Plea Agreement in the above-caption action, the Defendant agreed as follows:

> The Defendant agrees that he will abandon any interest in the sum of $5,396 in United States currency and a Breitling 1884 Chronometer watch seized from him at the time of the arrest in Bergen County, New Jersey on July 13, 2005 and consents to the application of the currency and the net proceeds of the sale of the watch by the United States towards restitution. The Defendant agrees to cooperate with the United States by taking whatever steps are necessary to pass clear title to the United States of the above-described watch and to assist the United States in documenting the genuineness and value of the watch. The Defendant understands and agrees that the proceeds from the sale of the watch applied to restitution may be reduced by appraisal fees and other costs incurred by the United States; and he waives any objection or cause of action with respect to the amount of net proceeds ultimately applied towards restitution.

And, WHEREAS, the Court accepted the Plea Agreement between the parties and, on May 3, 2006, imposed sentence, including an order the Defendant make restitution to Fleet Bank in the amount of $59,158.36, jointly and severally with co-defendants,

THEREFORE, IT IS HEREBY ORDERED:

That any interest or claim of the Defendant in the above-described sum of $5,396 in United States currency and the Breitling 1884 Chronometer watch seized from him at the time of the arrest

in Bergen County, New Jersey on July 13, 2005 is now abandoned by the Defendant

That the Federal Bureau of Investigation is hereby authorized to transfer the $5,396 in currency to the Clerk of the Court to be applied towards the restitution obligation of the Defendant and to turn over the Breitling 1884 Chronometer watch to the Financial Litigation Unit of the U.S. Attorney's Office to appraise and sell. The net proceeds of the sale of the watch (after any appraisal fees and costs of sale) shall be turned over to the Clerk of the Court to be applied to the restitution obligation of the Defendant.

SO ORDERED

Dated: May 5, 2006
Syracuse, New York

Hon. Frederick J. Scullin, Jr.
Chief United States District Court Judge

2